UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JENNIFER HAMILTON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO.  3:16-cv-17-CRS |
| ) | |
| GLA COLLECTION CO., INC., ) | |
| ) | |
| Defendant ) | |

## NOTICE OF SETTLEMENT

Defendant, GLA Collection Co., Inc., by and through its undersigned attorneys, William E. Smith, III  of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiff on this matter.  Dismissal papers will be filed upon finalizing settlement.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

BY:   /s/ William E. Smith, III
         William E. Smith, III
         Counsel for Defendant, GLA Collection Co., Inc.

140238 / 2356101-1

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 9, 2016, a copy of the foregoing **"Notice of Settlement"** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

  James H. Lawson
  Lawson at Law, PLLC
  115 S. Sherrin Avenue
  Unit #4
  Louisville, KY  40207
  james@kyclc.com

            /s/ William E. Smith, III
            William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN  47150
PHONE:   (812) 949-2300
FAX:   (812) 949-8556
E-MAIL:   wsmith@k-glaw.com