UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JENNIFER HAMILTON | ) |
| Plaintiff | ) |
| vs. | ) CASE NO.  3:16-cv-00017-CRS-CHL |
| GLA COLLECTION CO., INC., | ) |
| Defendant | ) |

**ORDER OF DISMISSAL**

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Jennifer Hamilton, and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Co., Inc., and said parties to pay their own costs.

DATED _____September 6, 2016_____

_____
Charles R. Simpson III, Senior Judge
United States District Court

TENDERED BY:

/s/William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for GLA Collection Co., Inc.
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE:  (812) 949-2300
FAX:  (812) 949-8556
E-MAIL:  wsmith@k-glaw.com



DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
james@kyconsumerlaw.com

131355\2529405-1